```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK                    1
------------------------------------X
In re
                                                AFFIRMATION
RAVINDER SINGH                                  PURSUANT TO
TIRATH KAUR                                     LOCAL RULE 1009-1(a)
                                                Case No.: 18-44581

                    DEBTOR
------------------------------------X
```

RICHARD S. FEINSILVER, an attorney duly admitted to practice before this Court, affirms that the following is true under the penalty of perjury:

1. The debtor(s) filed a petition under Chapter 7 of the Bankruptcy Code, on August 8, 2018.

2. Filed herewith is an amendment to Schedules A/B and C previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. The following creditors have been added to the debtor's schedules: None

Dated: January 22, 2019
      Carle Place, New York      s/Richard S. Feinsilver

                                                          _____
                                                          RICHARD S. FEINSILVER
                                                          Debtor's Attorney

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
IN RE:                              Case No.: 18-44581

RAVINDER SINGH                      APPLICATION TO
TIRATH KAUR                         AMEND SCHEDULES
                Debtor(s)

-------------------------------X
```

     RICHARD S. FEINSILVER, an attorney duly admitted to practice before this court, hereby states the following to be true subject to the penalties for perjury:

     1. I am the attorney for the debtor herein (collectively referred to as "Debtor").

     2. The debtor(s) filed a petition under Chapter 7 of the Bankruptcy Code, on August 8, 2018. Since the filing of last amendment to the debtor's Chapter 7 Schedules originally filed in connection with this case, must be amended as follows:

Schedule A/B/C - Add Chase Bank Accounts and Exemption

     3. The above amendments have been made to conform to the debtor's present financial situation.

WHEREFORE, debtor respectfully request that they be permitted to amend their Chapter 7 Schedules to include the above information.

Dated: January 22, 2019
       Carle Place, New York

                                   s/Richard S. Feinsilver

                                   _____
                                   RICHARD S. FEINSILVER, ESQ.
                                   Attorney for the Debtor

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Ravinder Singh** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tirath Kaur** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number | | | |

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ■ No
   ☐ Yes

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................=>   **$0.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ■ No
   ☐ Yes. Describe.....

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

| Debtor 1 | **Ravinder Singh** | |
|---|---|---|
| Debtor 2 | **Tirath Kaur** | Case number *(if known)* _____ |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .......................................................................................... **$0.00**

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes..............................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.....................   Institution name:

    |  | Checking/Savings |  |  |
    |---|---|---|---|
    | 17.1. | 2147/5860 | Chase | $1,500.00 |

Official Form 106A/B    Schedule A/B: Property    page 2
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Ravinder Singh**
Debtor 2   **Tirath Kaur** _____   Case number *(if known)* _____

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
           Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
           Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
           Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                                    **Current value of the portion you own?**
                                                                                      Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

Debtor 1    **Ravinder Singh**
Debtor 2    **Tirath Kaur**                                              Case number *(if known)* _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                        Beneficiary:                      Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................................................    **$1,500.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

| | | |
|---|---|---|
| Debtor 1 | **Ravinder Singh** | |
| Debtor 2 | **Tirath Kaur** | Case number *(if known)* |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................... $0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ..................................................................................................... $0.00
56. Part 2: Total vehicles, line 5                                                     $0.00
57. Part 3: Total personal and household items, line 15                             $0.00
58. Part 4: Total financial assets, line 36                                         $1,500.00
59. Part 5: Total business-related property, line 45                               $0.00
60. Part 6: Total farm- and fishing-related property, line 52                      $0.00
61. Part 7: Total other property not listed, line 54                           +   $0.00
62. **Total personal property.** Add lines 56 through 61...   $1,500.00   Copy personal property total   $1,500.00
63. **Total of all property on Schedule A/B.** Add line 55 + line 62                                        $1,500.00

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Ravinder Singh** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tirath Kaur** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number | | | |
| (if known) | | | |

■ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Line from *Schedule A/B*: | _____ | ☐ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ■ No
      ☐ Yes

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------X
IN RE:
   RAVINDER SINGH
   TIRATH KAUR                    Case No.:18-44581

                                          CHAPTER 7
            Debtor(s)               <u>AFFIRMATION OF SERVICE</u>


--------------------------------------X

The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the debtor in the instant case.

2. That on the 22ND day of January 2019 your affiant served a true copy of the within Amended Schedules upon:

David Doyaga, Esq., 26 Court Street, Brooklyn NY 11242
All creditors and other parties in interest to whom notice is required pursuant to BR 2002.

the address(es) designated by said attorney and party for that purpose by depositing a true copy of same to each attorney and party, enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: January 22, 2019
       Carle Place, New York
                                       s/Richard S. Feinsilver
                                    _____
                                    RICHARD S. FEINSILVER

| | | |
|---|---|---|
| bel Matrix for local noticing<br>07-1<br>se 1-18-44581-ess<br>stern District of New York<br>ooklyn<br>e Jan 22 11:59:17 EST 2019 | 271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201-1801 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| RCLAY<br>BOX 13337<br>ILADELPHIA, PA 19101-3337 | BOA HOME EQUITY<br>4909 SAVARESE DRIVE<br>TAMPA, FL 33634-2413 | BOA HOME LOANS<br>BOX 15222<br>WILMINGTON, DE 19886-5222 |
| )CAPITAL ONE<br>BOX 30285<br>LT LAKE CITY UT 84130-0285 | CITI CARDS<br>PO BOX 6241<br>SIOUX FALLS, SD 57117-6241 | CITI CARDS<br>PO BOX 6500<br>SIOUX FALLS, SD 57117-6500 |
| MMENITY<br>K 659584<br>N ANTONIO, TX 78265-9584 | CREDIT ONE<br>BOX 98873<br>LAS VEGAS, NV 89193-8873 | DISCOVER<br>BOX 3025<br>NEW ALBANY, OH 43054-3025 |
| S<br>K 4499<br>AVERTON, OR 97076-4499 | HOME DEPOT - CITI<br>BOX 6497<br>SIOUX FALLS, SD 57117-6497 | HSBC<br>95 WASHINGTON STREET<br>BUFFALO, NY 14203-3006 |
| BC<br>K 5255<br>ROL STREAM, IL 60197-5255 | KOHLS<br>BOX 2983<br>MILWAUKEE, WI 53201-2983 | MEDALLION FUNDING CORP<br>437 MADISON AVENUE<br>NY, NY 10022-7015 |
| VIENT<br>K 9635<br>LKES BARRE, PA 18773-9635 | OLD NAVY<br>BOX 960017<br>ORLANDO, FL 32896-0017 | Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014-9449 |
| RICHARDS - GE<br>K 965036<br>LANDO, FL 32896-5036 | PENTAGON FCU<br>BOX 1432<br>ALEXANDRIA, VA 22313-1432 | PINNACLE FCU<br>135 RARITAN CENTER PKWY<br>EDISON, NJ 08837-3625 |
| y Pal - Bill me Later<br>K 105658<br>lanta, GA 30348-5658 | Pay Pal - GE<br>BOX 105658<br>Atlanta, GA 30348-5658 | Pay Pal - GE<br>BOX 960080<br>Atlanta, GA 32896 |
| ARS - CITICARDS<br>K 9001055<br>JISVILLE, KY 40290-1055 | SYNCHRONY/GE CAPITAL<br>BOX 965036<br>ORLANDO, FL 32896-5036 | TARGET<br>BOX 660170<br>DALLAS, TX 75266-0170 |

| | | |
|---|---|---|
| )US BANK<br>BOX 5229<br>NCINNATI OH 45201-5229 | David J. Doyaga<br>26 Court Street<br>Suite 1601<br>Brooklyn, NY 11242-1116 | Ravinder Singh<br>79-50 265th Street<br>Glen Oaks, NY 11004-1323 |
| chard S Feinsilver<br>e Old Country Road<br>ite 125<br>rle Place, NY 11514-1845 | Tirath Kaur<br>79-50 265th Street<br>Glen Oaks, NY 11004-1323 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| NK OF AMERICA<br>K 982235<br>PASO, TX 79998 | CAPITAL ONE<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238 | US BANK<br>PO BOX 790408<br>ST LOUIS, MO 63179 |

d of Label Matrix
ilable recipients    34
passed recipients     0
tal                  34